# TRANSFER OF JURISDICTION

**DOCKET NUMBER** (*Tran. Court*)
0205 3:23CR00146-001

**DOCKET NUMBER** (*Rec. Court*)
2:25-cr-00169-JCM-EJY-1

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Ronald Smith | CONNECTICUT | |

☑ FILED ☐ RECEIVED
☐ ENTERED ☐ SERVED ON

JUNE 09 2025

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi DEPUTY

**NAME OF SENTENCING JUDGE**
Honorable Michael P. Shea

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM 01/05/2023 | TO 01/04/2026 |
|---|---|---|

**OFFENSE**
CONTROLLED SUBSTANCE - POSSESSION

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Resides in Nevada.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE      DISTRICT OF Connecticut

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised release named above be transferred with the records of the Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____June 5, 2025_____      _____[signature]_____
Date      United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE      DISTRICT OF Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____June 11, 2025_____      _____[signature] James C. Mahan_____
Effective Date      United States District Judge

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Ronald Smith
Case No.:  TO BE ASSIGNED

**REQUESTING ACCEPTANCE OF JURISDICTION**

June 9, 2025

TO:    United States District Judge

On January 5, 2023, Ronald Smith was sentenced in the District of Nevada by the Honorable Judge Richard F. Boulware, II to a term of three (3) years of probation for committing the offenses of Possession of a Controlled Substance-Schedule III (2 Counts), Class C Felonies. On the same date, Smith commenced his probationary term in the District of Connecticut. On August 10, 2023, the Honorable Judge Michael P. Shea accepted jurisdiction of Smith's case. On September 12, 2023, due to unanticipated circumstances with his family, Smith transferred supervision back to the District of Nevada, where he has remained.

Smith has no intention of returning to the District of Connecticut. As such, the Probation Office recommends that the Court accept jurisdiction of the case. As noted by his signature on the attached Transfer of Jurisdiction form (Prob 22), U.S. District Court Judge Michael P. Shea has agreed to relinquish jurisdiction. Should the Court agree with this request, the Transfer of Jurisdiction form is attached for your Honor's signature.

If you should have any questions, please contact the undersigned officer at (702) 527-7266.

Respectfully submitted,

*Briana Casey*
Digitally signed by Briana Casey
Date: 2025.06.09 16:08:52 -07'00'

Briana Casey
United States Probation Officer

Approved:

*Joy Gabonia*
Digitally signed by Joy Gabonia
Date: 2025.06.09 15:56:11 -07'00'

Joy Gabonia
Supervisory United States Probation Officer